# Court of Appeals
# of the State of Georgia

ATLANTA,  August 25, 2021

*The Court of Appeals hereby passes the following order:*

**A22A0091. RAUL RANGEL ALVAREZ v. THE STATE.**

On May 18, 2021, Raul Rangel Alvarez entered a counseled plea to multiple offenses. On June 4, 2021, Alvarez filed a pro se notice of appeal.[1] We, however, lack jurisdiction.

"A criminal defendant in Georgia does not have the right to represent himself and also be represented by an attorney, and pro se filings by represented parties are therefore unauthorized and without effect." *Tolbert v. Toole*, 296 Ga. 357, 363 (3) (767 SE2d 24) (2014). Here, Alvarez was represented by counsel when he entered his guilty plea, and nothing in the record indicates that his attorney either withdrew or was relieved from representing Alvarez. That representation is deemed to continue for at least 30 days after the entry of Alvarez's sentence. See *Soberanis v. State*, 345 Ga. App. 403, 404 (812 SE2d 800) (2018). Accordingly, Alvarez's pro se notice of appeal is a nullity, and this appeal is hereby DISMISSED. See id.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  08/25/2021

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] The appeal was transmitted to the Supreme Court, which transferred the matter to this Court. See Case No. S21A1169 (July 7, 2021).